UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT MOORE,

                         Plaintiff,

             -against-

TRISHA PARAVAS,

                        Defendant.

Case No. 1:26-cv-00067 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 6, 2026, this action was removed from the Supreme Court of New York, Bronx County, by Defendant.  Having reviewed the state action's docket, it does not appear that Defendant has "filed a copy of the notice with the clerk of such State court," as required by 28 U.S.C. § 1446(d).  Accordingly, Defendant is ORDERED to do so forthwith.

Further, Defendant represents in her Notice of Removal, Dkt. 1, that she was never properly served, *id.* at 3.  Plaintiff filed an Affirmation of Service in the state action.  *Moore v. Paravas*, No. 821456/2025E (N.Y. Sup. Ct. Oct. 24, 2025), Dkt. 2.  Per the Affirmation, service was made by leaving the summons and complaint with Defendant's alleged co-tenant.  *Id.* "Though there is . . . some case law standing for the proposition that delivery of a summons and complaint upon someone else at a defendants' residence is a proper form of service, . . . the New York Court of Appeals has clarified that such service is proper only where 'repeated efforts at service' have been made."  *Wickland v. City of New York*, No. 22-cv-01554 (RA), 2024 WL 4355046, at 6 (S.D.N.Y. Sept. 30, 2024) (citations omitted) (quoting *Biological Concepts, Inc. v. Rudel*, 558 N.Y.S.2d 312, 313 (N.Y. App. Div. 1990)).  Nothing in the record before this Court suggests that is the case here.  Thus, Plaintiff is ORDERED to serve Defendant forthwith at 1423 Tangled Orchard Trce., Loxahatchee, FL 33470.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff's

counsel at 225 Broadway, Suite 1200, New York, New York 10007.

Dated: January 12, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge